```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CARL HUGHES,

        Defendant.

17 Cr. 436 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Jonathan Marvinny, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Anthony Ricco.

**SO ORDERED.**

Dated: New York, New York
      19 November 2021

_____
Victor Marrero
U.S.D.J.