```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

CARL HUGHES,

                     Defendant.

**17 CR 436 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Anthony Ricco, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Kathleen Cassidy.

**SO ORDERED.**

Dated:    7 July 2023
            New York, New York

                                           Victor Marrero
                                              U.S.D.J.